UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2719(JMR/FLN)

Troy K. Scheffler )
)
v. ) ORDER
)
Crystal Police Department )

Plaintiff objects to the Report and Recommendation, issued January 8, 2001, by the Honorable Franklin L. Noel, United States Chief Magistrate Judge. Plaintiff's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, this matter is remanded to the Magistrate for reconsideration in light of plaintiff's motion to amend.

IT IS SO ORDERED.

Dated: February 23rd, 2001

JAMES M. ROSENBAUM
United States District Judge

FEB 27 2001
FILED
RICHARD D. SLETTEN, CLERK