UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Troy K. Scheffler,

Plaintiff,

vs.

City of Crystal, Minnesota,
and Crystal Police Department,

Defendants.

Civil 00-2719 JMR/FLN

**O R D E R**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 9, 2001, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's "Motion To Amend Complaint" [#4] is GRANTED;

2. Plaintiff's "Application to Proceed Without Prepayment of Fees" [#2] is DENIED; and

3. The action is DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

DATED: April 12th, 2001.

JUDGE JAMES M. ROSENBAUM
United States District Court

FILED APR 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________